## STATE

### v.

## Keith ROBERTS et al.

### No. 80–125–C.A.

Supreme Court of Rhode Island.

April 3, 1980.

Dennis J. Roberts II, Atty. Gen., James P. Renaldo, Sp. Asst. Atty. Gen., for plaintiff.

John F. Cicilline, Providence, Oteri & Weinberg, Joseph S. Oteri, James W. Lawson, Boston, Mass., for defendants.

### ORDER

The record herein having been transmitted to this court is accepted as timely filed. The defendant's motion for extension of the time within which to transmit the record in this case is granted pro forma.

■

## Sharon A. STEELE

### v.

## Thomas E. STEELE.

### No. 79–398–A.

Supreme Court of Rhode Island.

April 3, 1980.

Goldman & Biafore, John D. Biafore, Providence, for petitioner.

Aram K. Berberian, Warwick, for respondent.

### ORDER

The petitioner's motion to remand this case to the Family Court for hearing on petitioner's motion to adjudge respondent in contempt is granted. Upon conclusion of said hearing, the record in this case shall be returned to this court forthwith.

■

## TOWN OF CHARLESTOWN et al.

### v.

## Patricia E. BEATTIE.

### No. 79–327–A.

Supreme Court of Rhode Island.

April 3, 1980.

John P. Toscano, Jr., Town Sol., Town of Charlestown, Carty & Carty, Joseph B. Carty, Jr., Providence (for Intervenors), for plaintiffs.

Longolucco, Lenihan & Orsinger, James J. Longolucco, Westerly, for defendant.

### ORDER

The defendant's motion for expedited hearing is granted. This case is assigned to the October, 1980 calendar for oral argument.